No. 70, Misc.   BUFORD *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.

No. 34, Misc.   JACKSON *v.* HIATT, WARDEN;
No. 63, Misc.   DIDATO *v.* SHAW, DIRECTOR;
No. 72, Misc.   RICHARDSON *v.* MISSOURI;
No. 79, Misc.   EX PARTE WHISTLER;
No. 84, Misc.   EX PARTE CARUSO;
No. 87, Misc.   ZELL *v.* WRIGHT, WARDEN;
No. 101, Misc.   LANGFORD *v.* MAYO, STATE PRISON CUSTODIAN; and
No. 104, Misc.   WHITE *v.* FEDERAL CORRECTIONAL INSTITUTION.   The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.